Harry S. Stern, SBN 176854
**RAINS LUCIA STERN, PC**
220 Montgomery Street, Suite 484
San Francisco, CA 94104
Telephone: 925.609.1699
Facsimile: 925.609.1690
Email: hstern@rlslawyers.com

Attorneys for Defendant
Reynaldo Vargas

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>IAN FURMINGER, EDMOND ROBLES AND REYNALDO VARGAS,<br><br>　　　　　　Defendants. | CASE NO. CR-14-00102 CRB<br><br>**DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE TO JUNE 12, 2014 HEARING; DECLARATION OF HARRY S. STERN IN SUPPORT THEREOF; ORDER GRANTING DEFENDANT VARGAS'S REQUEST**<br><br>DATE: JUNE 12, 2014<br>TIME: 9:30 A.M.<br>COURTROOM 6, 17TH FLOOR |

　　　Defendant Reynaldo Vargas, by and through counsel, hereby moves the Court to waive his appearance at the above motion hearing and offers the declaration of Harry S. Stern in support of his request.

Dated: June 11, 2014                             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**RAINS LUCIA STERN, PC**

　　　　　　　　　　　　　　　　　　　　　　　　____/s/ *Harry S. Stern*____
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Reynaldo Vargas

1

**DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE FOR JUNE 12, 2014 HEARING; DECLARATION OF HARRY S. STERN IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANT VARGAS'S REQUEST**

**DECLARATION OF HARRY S. STERN IN SUPPORT OF DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE TO JUNE 12, 2014 HEARING**

I, Harry S. Stern, declare under penalty of perjury as follows:

1. I am an attorney at law licensed to practice before this Court and counsel for Defendant Reynaldo Vargas. If called to testify in this matter under oath, I would testify as follows.

2. Defendant Vargas resides in the Central District of California;

3. He is currently in school and has class on the date now set for the motion hearing;

4. I have apprised him of the matters at issue and do not believe his presence is necessary.

Dated: June 11, 2014                                    Respectfully submitted,

                                                        **RAINS LUCIA STERN, PC**

                                                        /s/ *Harry S. Stern*
                                                        Attorneys for Defendant Reynaldo Vargas

2

**DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE FOR JUNE 12, 2014 HEARING; DECLARATION OF HARRY S. STERN IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANT VARGAS'S REQUEST**

**[PROPOSED] ORDER GRANTING DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE TO JUNE 12, 2014 HEARING**

Good cause appearing, IT IS SO ORDERED.

Date:  June 12, 2014

_____
Hon. C
*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

3

**DEFENDANT REYNALDO VARGAS'S REQUEST FOR WAIVER OF APPEARANCE FOR JUNE 12, 2014 HEARING; DECLARATION OF HARRY S. STERN IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANT VARGAS'S REQUEST**